UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
      IN RE:                                                  CASE NO.: 22-71104-ast

      James P. Sebor,                              CHAPTER: 7

      Debtor.

-----------------------------------------------------------------X

## ORDER GRANTING RELIEF FROM THE STAY AND IN REM RELIEF

      **WHEREAS**, on or about May 17, 2022, this case commenced upon the filing of a Voluntary Petition for Bankruptcy under Chapter 13 of Title 11 of the United States Bankruptcy Code in this Court; and

      **WHEREAS**, on or about June 27, 2022, a motion was filed by SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the Lodge Series III Trust (with any subsequent successor or assign, the "Movant") seeking an Order granting in rem relief from the automatic stay; and

      **WHEREAS**, on or about July 28, 2022, this Court held a hearing on the motion, at which counsel for the Movant appeared, it is hereby

      **ORDERED** that the automatic stay in effect pursuant to 11 U.S.C. section 362(a), is hereby terminated pursuant to 11 U.S.C. §105(a) and § 362(d)(4)(B) granting in rem relief as to the premises known as 730 Church Street, Bohemia, New York 11716 (the "Property"), as to Movant,

its agents, assigns or successors in interest, so that Movant, its agents, assigns or successors in interest, may take any and all action under applicable state law to exercise its remedies against the Property; and it is further

**ORDERED** that the automatic stay under 11 U.S.C. § 362(a) is terminated pursuant to 11 U.S.C. § 362(d)(4)(B) as to Movant's interest in the Property such that if this Order is recorded in compliance with applicable State laws governing notices of interests or liens in real property, it shall be binding in any other case filed by any party under the Bankruptcy Code purporting to affect the Property that is filed not later than 2 years after the date of entry of this Order; and it is further

**ORDERED,** that the Trustee retain any and all interest that said Trustee may have in any surplus monies that may be produced from a foreclosure sale of the property, and will be noticed of any such sale of the property and surplus money proceedings; and it is further

**ORDERED, ADJUDGED AND DECREED** that the Suffolk County Clerk is hereby directed to record a certified copy of this Order upon the payment of its requisite and lawful fees and index same against the premises known as 730 Church Street, Bohemia, New York 11716.



Dated: September 7, 2022　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
**Central Islip, New York**　　　　　　　　　　　　　　　　　　　　　　　**Alan S. Trust**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Chief United States Bankruptcy Judge**